## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STEVEN GONZALES,

        Plaintiff,

v.                                                                                    CV. No. 19-434 CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,

        Defendant.

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiff Steven Gonzales' *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 16), filed September 23, 2019. After reviewing the Motion and noting it is unopposed, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through October 23, 2019, to serve his Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through December 22, 2019 to serve his Response, and Plaintiff through January 6, 2020 to serve his Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE