**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STEVEN GONZALES,

    Plaintiff,

v.                                                              CV No. 19-434 CG

ANDREW SAUL, Commissioner
of the Social Security Administration,

    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Defendant's *First Unopposed Motion for Extension of Time*, (Doc. 21), filed December 18, 2019. The Court, having reviewed the motion and being otherwise fully advised, finds the motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Defendant shall have until January 22, 2020, to file a Response to Plaintiff's *Motion to Remand to Agency*, (Doc. 20), and Plaintiff shall have until February 5, 2020, to file a Reply.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE