# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STEVEN G. GONZALES,

      Plaintiff,

v.                                                       No. CV 19-434 CG

ANDREW SAUL,
Commissioner of the Social
Security Administration,

      Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion for Remand* (the "Motion"), (Doc. 24), filed January 22, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner's decision in this matter is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is **REMANDED** to the Commissioner for further administrative proceedings, including the consideration of additional evidence as needed. Upon remand, the Appeals Council will remand the matter to a different Administrative Law Judge for a *de novo* hearing and a new decision.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE