IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN GONZALES,

      Plaintiff,

v.                                                                                       CV No. 19-434 CG

ANDREW SAUL, Commissioner
of the Social Security Administration,

      Defendant.

## **FINAL JUDGMENT**

Pursuant to the Court's *Order Granting Defendant's Unopposed Motion for Remand*, (Doc. 25), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action. *See* 42 U.S.C. § 405(g) (sentence four).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE